FILED: March 2, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2174
(1:17-cv-00730-WO-JEP)

_____

WENDELL TABB

    Plaintiff - Appellant

v.

BOARD OF EDUCATION OF THE DURHAM PUBLIC SCHOOLS

    Defendant - Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK